UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 26 Cr. 276 (KPF) |
| -v.- | |
| JERMAINE BROWN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for Defendant's arraignment and the initial pretrial conference on **July 7, 2026**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Pursuant to the Court's discussion with the parties — understanding that the Government wishes to exclude time and obtaining the consent of Defendant — time is excluded under the Speedy Trial Act between July 1, 2026, and July 7, 2026.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial because it will permit the parties to discuss a potential pretrial resolution in this matter.

SO ORDERED.

Dated:      July 1, 2026
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge