BOIES SCHILLER FLEXNER

October 27, 2026

**BY ECF**

MEMO ENDORSED

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jermaine Brown*, 26 Cr. 276 (KPF)

Dear Judge Failla:

We represent Defendant Jermaine Brown in the above-referenced matter. We write at Mr. Brown's request to respectfully request that the Court substitute new counsel to represent Mr. Brown due to a breakdown in the attorney-client relationship, which appears to be total.

Mr. Brown was charged by indictment on June 24, 2026 with one count of conspiracy to distribute narcotics resulting in death and two counts of distributing narcotics resulting in death. On June 26, 2026, he was presented before Magistrate Judge Ona T. Wang and detained. On July 1, 2026, he was arraigned before Your Honor. A status conference is scheduled for November 12, 2026 at 3:30 p.m. The Court has not set a trial date or a motion schedule.

We respectfully submit that substitution at this time will take place early enough in the matter to ensure a seamless transition to new counsel before any motions or trial. We are available to address the substitution at the November 12 conference or at an earlier time, whichever the Court prefers. The government takes no position on the substitution request.

Respectfully,

*/s/ Peter Skinner*
Peter Skinner

cc: All Counsel of Record
(via ECF)

Application GRANTED. The status conference currently scheduled for November 12, 2026, at 3:30 p.m., is hereby converted to an attorney appointment conference to address Mr. Brown's request. Due to a trial conflict, this conference is hereby rescheduled to **November 12, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 17.

SO ORDERED.

Dated: October 28, 2026
New York, New York

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE